**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

GILBERT ROMERO,
          Plaintiff,

v.                                No. CV-11-0895 CG

MICHAEL J. ASTRUE,
Commissioner of Social Security,

          Defendant.

**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**

Before the Court is Plaintiff Gilbert Romero's *Motion to Proceed In Forma Pauperis With Financial Affidavit Pursuant to 28 U.S.C. § 1915*. (Doc. 2) The Court has carefully reviewed Plaintiff's motion and finds that it is well-taken.

**IT IS THEREFORE ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is authorized to proceed without the prepayment of the filing fee, costs, or security therefor.

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the Summons and Complaint upon the United States Attorney, the Attorney General, and the Office of the General Counsel.

THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE