IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GILBERT ROMERO,**

      **Plaintiff,**

      **vs.**                                      **CIVIL NO. 11-895 CG**

**MICHAEL J. ASTRUE, Commissioner**
**of the Social Security Administration,**

      **Defendant.**

## ORDER TO EXPUNGE ADMINISTRATIVE RECORD
## AND EXTENDING DEADLINES

THIS MATTER having come before the Court on the Parties' Stipulation to Expunge the Administrative Record, the Court having read the motion and being fully advised in the premises finds that the Certified Administrative Transcript filed on April 13, 2012 (Doc. No. 10), pertains to an individual with the same first and last name who is not related to this case, and should be destroyed.

IT IS THEREFORE ORDERED that the Clerk of the Court shall remove and destroy all electronic and paper copies of the Certified Administrative Transcript filed on April 13, 2012 (Doc. 10), from its files and the Case Management and Electronic Case Filing (CM/ECF) system.

IT IS FURTHER ORDERED that Plaintiff's attorney, the Assistant United States Attorney, and the Assistant Regional Counsel shall destroy all paper and electronic copies of the transcript in their possession.

IT IS FURTHER ORDERED that the briefing schedule entered on April 16, 2012 (Doc. 13) is amended to account for the lost time and to accommodate the unavailability of Plaintiff's counsel, as follows: Plaintiff's Motion to Reverse or Remand to Administrative Agency with Supporting

Memorandum is due on or before July 30, 2012; Defendant shall file a Response on or before September 28, 2012; and Plaintiff may file a Reply on or before October 15, 2012.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted on 5/14/12*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant


*Electronic Approval Received 5/10/12*
MICHAEL D. ARMSTRONG
Attorney for Plaintiff