IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GILBERT ROMERO,
           Plaintiff,

v.                                                  No. CV-11-0895 CG

MICHAEL J. ASTRUE,
Commissioner of Social Security,

           Defendant.

## JUDGMENT

Pursuant to the *Memorandum Opinion and Order*, (Doc. 26), entered concurrently herewith, the Court enters Judgment pursuant to FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse and Remand Administrative Agency Decision*, (Doc. 21), and **REMANDING** this case to the Commissioner for Social Security for further proceedings consistent with the *Memorandum Opinion and Order*.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE